| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | 2221 Camino Del Rio South, Suite 101 |
| ml@kazlg.com | San Diego, CA 92108 |
| 245 Fischer Avenue, Unit D1 | Telephone: (619) 233-7770 |
| Costa Mesa, CA 92626 | Facsimile: (619) 297-1022 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:  (619) 356-8960
Facsimile:   (619) 330-7610

*Attorneys for Plaintiff,*
Marissa Glover

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER, | **Case No.:** 16-cv-1784 BEN (BLM) |
| Plaintiff, | **NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| v. | |
| JPMORGAN CHASE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC, | **HON. ROGER T. BENITEZ** |
| Defendants. | |

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARISSA GLOVER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Equifax be vacated and that the Court set a deadline on or after February 7, 2016 for filing a Joint Dismissal.

Dated: December 7, 2016                                         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
    MATTHEW M. LOKER, ESQ.
    ATTORNEY FOR PLAINTIFF