**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:   (619) 356-8960
Facsimile:    (619) 330-7610

*Attorneys for Plaintiff,*
Marissa Glover

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>　　　　Defendants. | **Case No.:** 16-cv-1784 BEN (BLM)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC**<br><br>**HON. ROGER T. BENITEZ** |

///

///

---

**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARISSA GLOVER ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Trans Union with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Trans Union be vacated and that the Court set a deadline on or after February 7, 2016 for filing a Joint Dismissal.

Dated: December 7, 2016                                    Respectfully submitted,

                                    **KAZEROUNI LAW GROUP, APC**

                                    By: ____/s/ Matthew M. Loker____
                                          MATTHEW M. LOKER, ESQ.
                                          ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626