**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff,*
Marissa Glover

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>             Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>             Defendants. | **Case No.:** 16-cv-1784-BEN (BLM)<br><br>**NOTICE OF SETTLEMENT RE: JPMORGAN CHASE BANK, N.A. AND CHASE BANK USA, N.A. ONLY**<br><br>**HON. ROGER T. BENITEZ** |

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARISSA GLOVER ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A., sued only as JPMORGAN CHASE BANK, N.A. ("Chase"), has been resolved in its entirety. Plaintiff and Chase anticipate filing a Joint Motion for Dismissal of Chase with Prejudice as to Chase only within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Chase be vacated and that the Court set a deadline on or after March 24, 2017 for filing a Joint Dismissal.

Dated: January 23, 2017         LAW OFFICE OF CLARK OVRUCHESKY

                                By: /s/ Clark Ovruchesky
                                    CLARK OVRUCHESKY, ESQ.
                                    ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Clark Ovruchesky, 750 B. Street, Suite 3300, San Diego, CA 92101. On January 23, 2017, I served the herein described document(s):

- **NOTICE OF SETTLEMENT RE: JPMORGAN CHASE BANK, N.A. AND CHASE BANK USA, N.A. ONLY**

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 23, 2017 at San Diego, California.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF