THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISSA GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.<br><br>    Defendants. | Case No.: 3:16-cv-01784-BEN-BLM<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiffs Marissa Glover ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), (all jointly hereinafter referred to as "the Stipulating Parties"), hereby move to dismiss Equifax only from the above-entitled action, with prejudice.

The Stipulating Parties agree that this Court can proceed to dismiss Defendant Equifax from this action, with prejudice, with each Stipulating Party to bear its own attorney's fees and litigation costs, and this Court retains jurisdiction to enforce the settlement of this action.

/ / /

- 1 –
JOINT STIPULATION RE DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

| | |
|---|---|
| Dated: February 8, 2017 | LAW OFFICES OF CLARK OVRUCHESKY |
| | */s/ Clark Ovruchesky*_____ |
| | Clark Ovruchesky |
| | Attorneys for Plaintiff |
| | MARISSA GLOVER |
| | |
| Dated: February 8, 2017 | NOKES & QUINN |
| | |
| | /s/ Thomas P. Quinn, Jr._____ |
| | THOMAS P. QUINN, JR. |
| | Attorneys for Defendant |
| | EQUIFAX INFORMATION SERVICES LLC |

- 2 –
JOINT STIPULATION RE DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

# CERTIFICATE OF SERVICE

*Marissa Glover v. Equifax Info. Svcs. LLC, et al.*
**3:16-cv-01784-BEN-BLM**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On February 8, 2017, I served a true copy of JOINT STIPULATION RE DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on February 8, 2017, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
JOINT STIPULATION RE DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

## SERVICE LIST

Abbas Kazerounian
Matthew Michael Loker
Kazerounian Law Group, APC
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626
Email: ak@kazlg.com
Email: ml@kazlg.com

Clark Ovruchesky
Law Office of Clark Ovruchesky
750 B Street
Suite 3300
San Diego, CA 92101
Email: co@colawcalifornia.com
*Attorneys for Plaintiff Marissa Glover*

Julieta Stepanyan
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Email: jstepanyan@stroock.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Gregory S. Martin
Jones Day
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096
Email: gmartin@jonesday.com
*Attorneys for Defendant Experian Information Solutions Inc.*

Donald E Bradley
Musick Peeler and Garrett
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626-1925
Email: d.bradley@mpglaw.com
*Attorneys for Defendant Trans Union LLC*

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500