FILED

17 MAR 15 PM 12:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MXN    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:16-cv-01784-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Experian Information Solutions, Inc. ("Experian"). (Docket No 41.)

　　For good cause shown, the Joint Motion is **GRANTED**. Defendant Experian is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

　　**IT IS SO ORDERED.**

DATED: March 15, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　United States District Judge